**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**NORTHERN DIVISION**

2006 MAR 23  A 10: 33

| | | |
|---|---|---|
| BARBARA HUFFMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO.: 2 : O6 cv 267. CSC |
| v. | ) | |
| | ) | |
| FORTIS BENEFITS | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Defendant Union Security Insurance Company, improperly named in the Complaint as Fortis Benefits Insurance Company, ("Union Security"), by and through its attorneys, timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1332, 29 U.S.C. § 1132(e), and 28 U.S.C. § 1441(a), (b) and (c), removing the above-captioned action from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama (Northern Division) and in support of this Notice avers as follows:

1.    The above-captioned action was commenced by Plaintiff in the Circuit Court of Montgomery County, Alabama on or about February 3, 2006.  A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

2.    According to the Alabama State Judicial Information System (as viewed at www.alacourt.com), service of the Complaint, directed to Union Security, was made on February 21, 2006.  Upon information and belief, Union Security actually has not received service of the Summons and Complaint.   In any event, undersigned counsel hereby accepts service of the Summons and Complaint on behalf of Union Security.

823742.1

3.    Upon information and belief, this action involves a claim for benefits under group long term disability insurance policy number 700645 (the "policy"). A true and correct copy of the policy is attached hereto as Exhibit "B."

4.    The policy was established and maintained by Plaintiff's employer as part of an employee welfare benefit plan.

5.    This plan is subject to and governed by the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq. See also* Plaintiff's Complaint, which only seeks relief under ERISA and acknowledges that ERISA governs this action.

6.    A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. § 1441 (c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dededaux*, 481 U.S. 41 (1987).

7.    This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

8.    This Court also has diversity jurisdiction under 28 U.S.C. § 1332 as there is complete diversity between the parties. Plaintiff is a resident of and is domiciled in the State of Alabama, and Defendant is an Iowa corporation with its principal place of business in Kansas City, Missouri. The amount in controversy exceeds $75,000.00.

9.    This Notice of Removal is being filed within thirty (30) days of service of the Complaint as required by 28 U.S.C. § 1446(b).

10.    No pleadings, process or orders other than the Summons and Complaint have been served on Defendant, and therefore, no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. § 1446(a).

11.    All fees required by law in connection with this notice have been filed by Defendant.

12.    Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action, including a copy of this Notice of Removal, has been filed with the Clerk of Court in Montgomery County, Alabama and has been served on Plaintiff's counsel.


WHEREFORE, Defendant Union Security Insurance Company removes the above-captioned matter now pending in the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama (Northern Division).

_____
One of the Attorneys for Defendant,
Union Security Insurance Company

**OF COUNSEL:**

Steven F. Casey
Christopher L. Yeilding
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Union Security Insurance Company, hereby certifies that on this date a true and correct copy of the Notice of Removal of Plaintiff's Complaint was served by first class mail, postage prepaid, to the following:

Willson Jenkins
Patrick J. Thomas
JESTER & JENKINS
Mobile Plaza
Florence, Alabama 35630

_____
Christopher L. Yeilding

Date:   March **23**, 2006

823742.1                                4