# EXHIBIT

# B

# TABLE OF CONTENTS

0150
Definitions ............................................. 3
Eligibility For Insurance ................................ 6
Effective Date Of Your Insurance ......................... 7
Termination Of Insurance ................................. 8
Continuation Of Insurance ................................ 9
Schedule Of Benefits ..................................... 10
Other Income Benefits .................................... 12
Insuring Provisions ...................................... 14
Payment Of Benefits ...................................... 18
General Provisions ....................................... 19
Miscellaneous Provisions ................................. 20

# DEFINITIONS

### Active Service

0200
An Employee will be considered in Active Service with an Employer on a day which is one of the Employer's scheduled work days if he is performing in the usual way all of the regular duties of his work for the Employer on a Full Time basis on that day, either at one of the Employer's usual places of business or at some location to which the Employer's business requires him to travel. An Employee will be deemed in Active Service on a day which is not one of the Employer's scheduled work days only if he was in Active Service on the preceding scheduled work day.

### Age

0210
For the purposes of premium calculations, age means the Employee's age as of the last Policy Anniversary Date. Age, whenever used in all other policy provisions means the Employee's actual attained age.

### Basic Earnings

0220
The term Basic Earnings means the Employee's rate of pay reported by his Employer as of the last Policy Anniversary Date. It does not include overtime, bonus, additional compensation or pay for more than 40 hours a week.

For an Employee who is paid wholly or in part by commission, the term Basic Earnings will also include commissions based on an average of the commissions paid by his Employer for the 24 months just before the last Policy Anniversary Date. If such Employee was not in the employ of the Employer during the entire preceding 24 month period, his commissions will be based on an average for the total number of months he was so employed.

Basic Earnings are first determined on the date the Employee becomes insured. A change in the amount of Basic Earnings will take effect on the Policy Anniversary Date which falls on or next follows the first day for which the new rate of pay applies. However, if the Employee is not in Active Service on the Policy Anniversary Date, no increase in Basic Earnings will take effect. In no event will an increase in an Employee's Basic Earnings take effect if it occurs:

1. between separate periods of Disability which are deemed part of One Period of Disability under the Recurrent Disability provisions; or

2. during an Elimination Period.

**Definitions, continued**

### Disability

0230
An Employee will be deemed Disabled if due to Injury or Sickness he is unable to perform all the material duties of his regular occupation; and after Monthly Benefits for Disability have been payable for 24 months, he is unable to perform all the material duties of an occupation for which he is or may reasonably become qualified based on his education, training or experience. An Employee will not be deemed Disabled if he is in fact engaged in any occupation for wage or profit.

### Employee

0240
The term Employee means a Full Time Employee of an Employer, but does not include Employees who are part-time or temporary.

### Employer

0250
The term Employer means the Policyholder or an Affiliated Employer shown in the "Affiliated or Subsidiary Employers" rider.

### Full Time

0255
A regular work week of at least 30 hours. We have the right to verify the hours worked by reviewing payroll records and/or income tax records.

### Injury

0260
The term Injury means an accidental bodily injury.

### Partial Disability

0270
An Employee will be considered Partially Disabled if:

1. due to Injury or Sickness he is unable to perform one or more but not all of the material duties of his regular occupation on a Full Time basis; and

2. at the end of a period of Disability for which a Monthly Benefit amount was payable due to that Injury or Sickness, he returned to and continues to engage in any work for wages or profit; and

3. due to that same Injury or Sickness, his current earnings are less than his Basic Earnings in effect when he became Disabled.

**Definitions, continued**

### Retirement Plan

0280

The term Retirement Plan means any (but only one) defined benefit plan or defined contribution plan (including a profit sharing plan) sponsored by an Employer. If you have more than one such plan, only the one which provides the greatest monthly benefit will be included as a Retirement Plan. But Retirement Plan does not include:

1. an individual deferred compensation agreement; or
2. any Employee savings plan, including a thrift, stock option or stock bonus plan, individual retirement account or 401(k) plan.

### Sickness

0290

The term Sickness means a physical or mental illness. It also includes pregnancy.

As used in this provision, mental illness includes psychiatric or psychological conditions, regardless of cause, such as:

1. schizophrenia,
2. depression,
3. manic depressive or bipolar illness,
4. anxiety,
5. organic brain syndrome,
6. chronic fatigue syndrome,
7. personality disorders, and/or
8. adjustment disorders or other conditions, usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar modalities used in the treatment of the above conditions.

This limitation does not apply to dementia, if due to:

1. stroke,
2. trauma,
3. viral infection,
4. Alzheimer's disease, or
5. other such conditions not listed above which are not usually treated by a mental health provider using psychotherapy, psychotropic drugs, or other similar modalities.

# ELIGIBILITY FOR INSURANCE

### Initial Employee Group
0310

The Initial Employee Group is made up of Employees:

1. in the employ of an Employer on October 1, 2001; or

2. in the employ of an Employer on the date that Employer becomes an Affiliated or Subsidiary Employer.

### New Employee Group
0320

The New Employee Group is made up of Employees whose employment with an Employer starts after October 1, 2001.

### Eligibility Period
0330

Initial Employee Group: None

New Employee Group: 6 Months

### Classes Of Eligible Employees
0340

All active, Full Time Employees of an Employer.

# EFFECTIVE DATE OF YOUR INSURANCE

0400
You may elect to be insured by signing an enrollment form approved by the Policyholder and us. The effective date of your insurance depends on when we receive the form.

1. If we receive the form on or before the date you become eligible, your insurance will take effect on the first of the month after you become eligible.

2. If we receive the form within 31 days after the date you become eligible, your insurance will take effect on the first of the month after we receive the form.

3. If we receive the form more than 31 days after you become eligible, your insurance will take effect on the first of the month after the date we agree in writing to insure you.

## TERMINATION OF INSURANCE

0500
The insurance will cease on the earliest date below:

1. the date you cease to be in a Class of Eligible Employees or cease to qualify as an Employee;

2. the last day for which you have paid a required premium for the insurance;

3. the date the policy ends;

4. the date the your Active Service ends. However, if your Active Service ends due to Disability for which Monthly Benefits are or may become payable under this policy:

   a. the insurance will continue while that Disability continues during the Elimination Period and thereafter for as long as Monthly Benefits are payable for Disability or Partial Disability; and
   b. if you return to Active Service in a Class of Eligible Employees as soon as Disability or Partial Disability ceases, you may reinstate your insurance by completing our enrollment form for it.

### Waiver Of Premium

0510
Premium for you will be waived for any period for which Monthly Benefits for your Disability or Partial Disability are payable.

### Extension Of Benefits After Termination

0520
Payment of Monthly Benefits will not be affected by termination of the policy if the Disability begins while the policy is in force.

# CONTINUATION OF INSURANCE

### How And When To Continue Insurance
0800
When your insurance under the policy would otherwise cease, you may be eligible to continue that insurance if you:

1. are Entitled to Continuation; and
2. apply in writing and pay the premium for Continued Insurance to us within the 31 days after your insurance would otherwise cease.

### Entitled To Continuation
0810
You are Entitled to Continuation of your insurance only if:

1. you have been insured for at least 12 consecutive months under the policy, or under this and a prior Long Term Disability group policy issued to the Policyholder; and
2. your insurance under the policy would otherwise cease because you were no longer in Active Service due to resignation, involuntary termination, layoff or a leave of absence.

### Not Entitled To Continuation
0820
You are not Entitled to Continuation of his Insurance if:

1. you have attained age 70;
2. you have retired;
3. you are not in Active Service due to Disability; or
4. the policy is ended for any reason.

### Continued Insurance
0830
Continued Insurance will be the benefits in force under the policy for you at the time you are Entitled to Continuation.

The premium will be based on rates which would have applied if you had remained in Active Service.

### Duration Of Continued Insurance
0840
Continued Insurance will cease on the earliest of:

1. 1 year from the date the your Active Service ends;
2. the date you become eligible for any other Group Long Term Disability Insurance; or
3. the date the policy ends.

GP-1001                           Page 9

# SCHEDULE OF BENEFITS

### Elimination Period
0700

The Elimination Period for you will be 180 days of continuous Disability. No part of a Monthly Benefit will be payable for any part of an Elimination Period.

In satisfying an Elimination Period, the following will apply:

1. The Disability will be deemed continuous if Disability stops during an Elimination Period for a total number of days which is not more than the number shown in the following schedule:

| For Elimination Period of: | Number of Days Not Disabled: |
|---|---|
| 180 or more days | 14 days or less |
| 90 but less than 180 days | 7 days or less |
| 60 but less than 90 days | 5 days or less |
| less than 60 days | 3 days or less; |

2. But days that you are not Disabled will not count toward an Elimination Period.

### Monthly Benefit
0710

The Monthly Benefit for you for any month is the amount for which you qualify based on your Monthly Basic Earnings as shown in the table below reduced by Other Income Benefits described in the following section of this certificate.

| Monthly Basic Earnings | Monthly Benefit |
|---|---|
| Up to 599.99 | 300 |
| 600 - 749.99 | 400 |
| 750 - 899.99 | 500 |
| 900 - 1099.99 | 600 |
| 1100 - 1299.99 | 700 |
| 1300 - 1499.99 | 800 |
| 1500 - 1699.99 | 900 |
| 1700 - 1899.99 | 1000 |
| 1900 - 2299.99 | 1200 |
| 2300 - 2599.99 | 1400 |
| 2600 - 2999.99 | 1600 |
| 3000 - 3499.99 | 1800 |
| 3500 - 3999.99 | 2100 |
| 4000 - 4499.99 | 2400 |
| 4500 - 4999.99 | 2700 |
| 5000+ | 3000 |

A Monthly Benefit will be pro-rated if payable for any period less than a month.

Schedule, continued

### Partial Disability Benefits
0720

The benefit for any month during all of which you are Partially Disabled will be the Monthly Benefit described in this Schedule, reduced if and as provided below.

If, for any month of your return to work, the sum of your Partial Disability benefit, your earnings, and any Other Income Benefits exceeds 100% of your Monthly Basic Earnings, the benefit payable for Partial Disability will be reduced by that excess amount.

Partial Disability benefits will continue until the earlier of the following:

1. the date you are no longer Partially Disabled; or

2. the date Monthly Benefits are no longer payable, as set forth in the Insuring Provisions of the policy.

We will, from time to time, review your status and may require an account of your earnings and proof of continued Disability or Partial Disability.

A Partial Disability benefit will be pro-rated if payable for any period less than a month.

### Minimum Monthly Benefit
0730

The Monthly Benefit during a period of Disability or Partial Disability will not be less than $50.00, regardless of any reductions shown in this Schedule.

### Recovery Of Overpayments
0740

If the Disability or Partial Disability benefit for any month is overpaid, we have the right to recover the amount overpaid by either of the following methods:

1. a deduction of the overpaid amount from any future payments by us; or

2. a lump sum repayment by the Employee of the overpaid amount

# OTHER INCOME BENEFITS

0800
Other Income Benefits means those benefits as follows:

1. the amount for which you are eligible under:

   a. a Workers' or Workmen's Compensation act or law;
   b. an occupational disease law; or
   c. any other act or law of like intent.

2. the amount of any disability income benefits for which you are eligible under any compulsory benefit act or law.

3. The amount of any disability income benefits for which you are eligible under:

   a. any other group insurance plan; or
   b. any governmental retirement system as a result of your job with your Employer.

4. the amount of any disability or retirement benefits you receive under your Employer's Retirement Plan.

   As used here, "receives" does not include any amount rolled over or transferred to any eligible Retirement Plan as that term is defined in Section 402 of the Internal Revenue Code of 1986 and any future amendments to Section 402 which affect the definition of an eligible Retirement Plan.

5. the amount of disability or retirement benefits under the United States Social Security Act, The Canada Pension Plan, The Quebec Pension Plan, or any similar plan or act as follows:

   a. disability benefits for which you are eligible;
   b. retirement benefits received by you;
   c. the following benefits which apply to your spouse, child or children:
      1) disability benefits for which they are eligible because of your disability;
      2) retirement benefits they receive because of your receipt of your retirement benefits.

**Other Income Benefits, continued**

These Other Income Benefits, except retirement benefits, must be payable as a result of the same Injury or Sickness for which the policy is paying a disability benefit.

Items (5)b) and (5)c)2) will not apply to Disabilities which begin after age 70 for those Employees already receiving Social Security Retirement Benefits while continuing to work beyond age 70.

Benefits under items (5)a) and (5)c)1) above will be estimated if such benefits:

1. have not been awarded; and

2. have not been denied; or

3. have been denied and the denial is being appealed.

The Monthly Benefit will be reduced by the estimated amount. But, these benefits will not be estimated if you:

1. apply for benefits under item (5)a) and/or (5)c)1); and

2. request and sign our Agreement Concerning Benefits.

This Agreement states that the Employee agrees to repay us for any overpayment we make due to an award received under item (5)a) or (5)c)1).

If benefits have been estimated, benefits will be adjusted when we receive proof:

1. of the amount awarded; or

2. that benefits have been denied and the denial is not being appealed.

In the case of (2) above, a lump sum refund of the estimated amounts will be made.

"Law", "plan", or "act" means the initial enactment and all amendments.

**Cost Of Living Freeze**

After the first reduction for each of the Other Income Benefits, the Monthly Benefits under the policy will not be further reduced due to any cost of living increases payable under that Other Income Benefit.

**Lump Sum Payments**

Other Income Benefits which are paid in a lump sum will be pro-rated on a monthly basis over the time period for which the sum is paid. If no time period is stated, the sum will be pro-rated on a monthly basis over your expected lifetime as determined by us.

# INSURING PROVISIONS

### Commencement Of Benefits

0500

We will begin paying Monthly Benefits when we receive due proof that:

1. you became Disabled while insured under the policy; and
2. your Disability has continued for longer than the Elimination Period shown in the Schedule Of Benefits.

### Duration Of Benefits

0510

We will stop paying Monthly Benefits as of the earliest of the following:

1. the date you cease to be Disabled or Partially Disabled;
2. the date the you die; or
3. the date Monthly Benefits have been payable for the Maximum Months of Benefit applicable to you as shown below:

| Age When Disability Began | Maximum Months of Benefit |
|---|---|
| Less than 60 | 60 Months |
| 60 | 60 Months |
| 61 | 48 Months |
| 62 | 42 Months |
| 63 | 36 Months |
| 64 | 30 Months |
| 65 | 24 Months |
| 66 | 21 Months |
| 67 | 18 Months |
| 68 | 15 Months |
| 69 and over | 12 Months |

The Maximum Months of Benefit apply to One Period of Disability. See "Recurrent Disability" in this section of the policy.

Insuring Provisions, continued

### Pre-Existing Condition Exclusion

0920

We will not pay Monthly Benefits for any period of Disability which results, directly or indirectly, from an Injury or Sickness for which you, during the 12 months prior to the most recent Effective Date of your insurance:

1. incurred expenses;
2. received medical treatment;
3. took prescribed drugs or medicines; or
4. consulted a physician.

This Exclusion will not apply to a period of Disability which:

1. begins after you have received no treatment for the condition for 12 consecutive months after the most recent Effective Date of your insurance; or
2. begins more than 24 months after such Effective Date.

### Continuity Of Coverage And Pre-Existing Condition

0930

The Pre-existing Condition Exclusion will be waived, as described below, if you were insured on the day before the Effective Date of the policy under a group Long Term Disability policy:

1. sponsored by his Employer; and
2. replaced by the policy; provided he:
   a. is in Active Service on the Effective Date of this policy; and
   b. has met the requirements of any pre-existing condition limitation of the replaced policy, considering continuous time insured under both policies.

If Monthly Benefits are payable, they will be paid according to the terms of the policy.

Insuring Provisions, continued

### Recurrent Disability
0840

Separate periods of Disability resulting from the same or related causes will be considered One Period of Disability unless separated by at least 6 consecutive months during which you are not Disabled or Partially Disabled.

Separate periods of Disability resulting from unrelated causes will be considered One Period of Disability unless separated by at least one full day during which you are not Disabled or Partially Disabled.

These provisions do not apply:

1. to the Elimination Period; or

2. when your insurance has ceased under the policy and you become eligible for benefits under any other group Long Term Disability policy.

Only one Elimination Period and one Maximum Months of Benefit apply to any One Period of Disability.

### Mental Illness, Alcoholism and Drug Abuse Limitation
0880

We will pay Monthly Benefits for no more than 24 months during your lifetime for Disability or Partial Disability caused or contributed to by mental illness, alcoholism or drug abuse and while you are not confined in a hospital. You will be considered confined in a hospital only if you are confined continuously for at least 14 days. If confinement is for less than 14 days, those days will count as though you were not confined. The hospital must be licensed to provide care and treatment for the condition causing the Disability.

Insuring Provisions, continued

### Survivor Benefits

0960

We will pay a benefit to the Eligible Survivor when we receive proof of your death:

1. after Disability had continued for 180 or more consecutive days; and

2. while a Monthly Benefit was payable.

The benefit will be an amount equal to three times your gross Monthly Benefit.

"Eligible Survivor" means your spouse, if living, otherwise your children under age 25.

If payment becomes due to your children, payment will be made to:

1. the children, or

2. a person named by us to receive payments on the children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

### Exclusions

0970

No Monthly Benefits will be paid if your Disability or Partial Disability results, directly or indirectly, from any:

1. injury intentionally self-inflicted while sane or insane; or

2. act or hazard of a declared or undeclared war.

No benefit will be paid for a period of Disability or Partial Disability during which you are not under the care of a licensed physician.

# PAYMENT OF BENEFITS

### To Whom Payable

1200
Monthly Benefits will be paid to you. Survivor Benefits will be paid to the Eligible Survivor according to the terms of that provision.

If any person to whom benefits are payable is a minor or, in our opinion, is not able to give a valid receipt for any payment due him, such payment will be made to his legal guardian. However, if no request for payment has been made by his legal guardian, we may, at our option, make payment to the person or institution appearing to have assumed his custody and support.

If you die while any of your Monthly Benefits remain unpaid, we will make payment to the first surviving class from the following:

1. your widow or widower who is alive after your death;
2. your children who are alive after your death (an equal share of benefits to each such child);
3. the executor(s) or administrator(s) of your estate.

Payment in the manner stated above will release us from all liability to the extent of any payment made.

### Time Of Payment

1210
All accrued disability benefits payable under the policy will be paid at regular intervals of not more than one month. Any balance due which remains unpaid at the end of any period for which we are liable will be paid at that time.

# GENERAL PROVISIONS

### Statements Not Warranties

1320

All statements made by the Policyholder or by you will be deemed representations and not warranties. No statement made by the Policyholder or by you to obtain insurance will be used to void or reduce the insurance unless it was made in writing and is signed by the Policyholder or by you and a copy is sent to the Policyholder, to you or your beneficiary or personal representative.

### Notice Of Claim

1330

Written notice of claim must be given to us within 30 days after the occurrence or start of the loss on which a claim is based. If notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written notice was given as soon as was reasonably possible.

### Claim Form

1340

When we receive notice of claim, we will give you, or to the Policyholder, the claim forms we use for filing proof of loss. If you do not get these claim forms within 15 days after we receive notice of claim, you will be considered to have met the proof of loss requirements if you submit written proof of loss within 90 days after the date of loss. This proof must describe the occurrence, character and extent of the loss for which a claim is made.

General Provisions, continued

### Proof Of Loss

1350

Written proof of loss must be given to us within 90 days after the date of the loss for which a claim is made. If written proof of loss is not given in that time, the claim will not be invalidated or reduced if it is shown that written proof of loss was given as soon as was reasonably possible and that it was filed within one year from the end of the 90 day period unless you show that you had no legal capacity to file the claim. Upon request, written proof of continued disability and of regular attendance by a physician must be given to us within 30 days of such request.

### Physical Examination

1360

We, at our own expense, will have the right to have examined any person for whom a claim is pending as often as we may reasonably require.

### Legal Actions

1370

No action at law or in equity can be brought to recover on the policy until at least 60 days after proof of loss has been filed with us. No such action can be brought at all unless brought within 3 years after the end of the time within which proof of loss is required by the policy.

# MISCELLANEOUS PROVISIONS

### Administration

1450

We will deal solely with the Policyholder who will be deemed the representative of each Employee. Any action taken by the Policyholder will be binding on the Employees.

### Not In Lieu Of Worker' Compensation

1460

The policy is not in lieu of and does not affect requirements for coverage under Worker' Compensation laws.