## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA HUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:06-cv-00267-CSC |
| v. | ) | |
| | ) | |
| FORTIS BENEFITS | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a meeting was held on May 1, 2006, and was attended by:

Willson Jenkins for Plaintiff; and

Christopher L. Yeilding for Defendant.

1.    **Pre-discovery Disclosures.**

The parties will exchange the information required by Rule 26(a)(1) by May 19, 2006.

2.    **Discovery Plan.** Defendant objects to discovery in this case, which is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.,* as defendant asserts that the Court's review is limited to the administrative record. Plaintiff contends that discovery is permitted consistent

835497.1

with the heightened arbitrary and capricious standard of review. In the event that discovery is permitted, the parties jointly propose to the Court the following discovery plan:

Without waiver of objections, in the event defendant's objection is overruled and discovery is allowed, discovery would be needed on the following subjects: plaintiff's claims and all other allegations in plaintiff's complaint and matters incidental thereto; defendant's defenses and matters incidental thereto; plaintiff's damages, defenses thereto, and mitigation thereof.

All discovery must be commenced in time to be completed by November 17, 2006. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 6 depositions by each party. No deposition shall exceed 7 hours unless extended by agreement of the parties.

Reports from retained experts, if any, under Rule 26(a)(2) are due:

From plaintiff by: July 31, 2006.

From defendant by: August 18, 2006.

Supplementations under Rule 26(e) are due as soon as practicable but no later than 30 days prior to the discovery deadline.

835497.1                                                2

3.    **Other items.**

    a.    The parties do not request a conference with the court before entry of the scheduling order.

    b.    The parties request a pretrial conference on or about January 26, 2007.

    c.    Plaintiff should be allowed until July 31, 2006 to join additional parties and amend the pleadings.

        Defendant should be allowed until August 18, 2006 to add additional parties and amend the pleadings.

    d.    All potentially dispositive motions should be filed by October 26, 2006.

    e.    Settlement cannot be evaluated at least until the parties have exchanged their initial disclosures. The usefulness of Alternative Dispute Resolution Procedures cannot be evaluated at this time but may be useful at a later date.

    f.    Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due 30 days before trial.

    g.    Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial by February 26, 2007. At this time, the parties expect the trial to take approximately 1-2 days.

Dated:    May _4th_, 2006

By: _____
Willson Jenkins
JESTER & JENKINS
Mobile Plaza
Florence, Alabama 35630
**Counsel for Plaintiff**

By: _____
Christopher L. Yeilding
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
**Counsel for Defendant**

835497.1

4