IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 15 A 9: 28

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BARBARA HUFFMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv267-CSC |
| | ) |
| FORTIS BENEFITS INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5-8-06
Date

Signature

Barbara Huffman, Plaintiff
Counsel For (**print** name of all parties)

117 Mobile Plaza, Florence, AL 35630
Address, City, State Zip Code

256-764-3941
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**