IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAY -4  P 10: 24

| | | |
|---|---|---|
| BARBARA HUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv267-CSC |
| | ) | |
| FORTIS BENEFITS INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5-3-06
Date

[Signature]
Signature

Union Security Ins. Co. f/k/a Fortis Benefits Insurance Co.
Counsel For (print name of all parties)

1710 6th Ave North, Birmingham, AL, 35203
Address, City, State Zip Code

205-226-8728
Telephone Number

# DO NOT ELECTRONICALLY FILE THIS DOCUMENT