IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA HUFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06cv67-CSC |
| ) | |
| ) | |
| UNION SECURITY INSURANCE CO. ) | |
| f/k/a FORTIS BENEFITS INSURANCE ) | |
| CO., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff and moves to amend its complaint pursuant to Rules 15(a) and 17(a) of the *Federal Rules of Civil Procedure* based upon the following grounds:

There has been a name change with respect to the Defendant. Fortis Benefits Insurance Company, according to its Answer and Initial Disclosures, has changed its name to "Union Security Insurance Company" (hereinafter referred to as "Union Security"). See first paragraph of Answer of Union Security attached as Exhibit "1" and Defendant's Notice of Removal, p. 2, Exhibit "2".

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff moves this Court to permit it to amend its Complaint to properly substitute the Defendant's correct legal name pursuant to Rules 15(a) and 17(a). Plaintiff has attached a proposed Amended Complaint.

/s/ Willson Jenkins
Willson Jenkins
Attorney for Plaintiff

OF COUNSEL:
JESTER & JENKINS
117 Mobile Plaza
Florence, AL 35630
256-764-3941

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of June, 2006, I served the foregoing by U.S. Mail, postage prepaid and properly addressed, upon the following:

>Christopher L. Yeilding
>Balch & Bingham, LLP
>1710 Sixth Ave. North
>Birmingham, AL 35203

/s/ Willson Jenkins
Willson Jenkins