IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA HUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06cv67-CSC |
| | ) | |
| | ) | |
| UNION SECURITY INSURANCE CO. | ) | |
| f/k/a FORTIS BENEFITS | ) | |
| INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

INTERROGATORIES AND REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT

COMES NOW the Plaintiff and herein propounds the following Interrogatories

and Request for Production of Documents to the Defendant, Union Security Insurance

Co.:

1.     Produce the applicable long-term disability plan and summary plan
description at issue, including any amendments or subsequent changes.


2.     What is the monthly amount of long-term disability that the claimant
would be eligible for, assuming that long-term disability was paid in a monthly amount?


3.     Is there an earnings test under the Plan and if so, describe.


4.     Is the maximum amount of benefits 60 months for persons under 60 years
of age at the time of their initial disability?  If not, what is the maximum period?

5.      Does the Plan or Summary Plan Description provide discretionary language giving the plan administrator or his/her designee the express discretionary authority to determine eligibility for benefits and to construe the terms of the Plan? If so, where is this provision found? Please produce a copy of this document with reference to the specific page or pages.

6.      What city and state do Kathy Myers and Neil Hurstman, employees for Fortis, reside? Are these employees still employed with the Defendant?

7.      Is this an insured long-term disability plan? If so, what is the legal name of the entity responsible for paying disability benefits if a long-term disability claim is payable?

/s/ Willson Jenkins
Willson Jenkins
Attorney for Plaintiff

OF COUNSEL:
JESTER & JENKINS
117 Mobile Plaza
Florence, AL 35630
256-764-3941

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of June, 2006, I served the foregoing by U.S. Mail, postage prepaid and properly addressed, upon the following:

Christopher L. Yeilding
Balch & Bingham, LLP
1710 Sixth Ave. North
Birmingham, AL 35203

/s/ Willson Jenkins
Willson Jenkins