**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 21, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Barbara Huffman vs. Fortis Benefits Insurance Company
Case Number: 2:06cv267-CSC

**Pleading : #8 Motion to Amend Complaint
            #9 Proposed Amended Complaint**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/20/2006 without the Proposed Amended Complaint and exhibits.**

**The corrected pdf document is attached to this notice. In addition to this, the Amended Complaint is hereby STRICKEN from the record and has been attached to #8 Motion to Amend Complaint as a proposed document.**