# EXHIBIT "1"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BARBARA HUFFMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.: 2:06-cv-00267-CSC** |
| **v.** | ) | |
| | ) | |
| **FORTIS BENEFITS** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ANSWER OF UNION SECURITY INSURANCE COMPANY

Defendant Union Security Insurance Company, improperly named in the Complaint as Fortis Benefits Insurance Company, ("Union Security"), hereby answers plaintiff's complaint and asserts defenses as follows:

### Jurisdiction

1.      Union Security lacks sufficient knowledge or information to form a belief as to the truth of the allegations of this paragraph and, therefore, denies those allegations.

2.      Upon information and belief, admitted.

3.      Upon information and belief, admitted.

4.      Union Security admits that this Court (the United States District Court for the Middle District of Alabama, Northern Division) has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

### General Allegations

5.      Upon information and belief, admitted.

824452.1