# EXHIBIT "2"

3. Upon information and belief, this action involves a claim for benefits under group long term disability insurance policy number 700645 (the "policy"). A true and correct copy of the policy is attached hereto as Exhibit "B."

4. The policy was established and maintained by Plaintiff's employer as part of an employee welfare benefit plan.

5. This plan is subject to and governed by the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.* See also Plaintiff's Complaint, which only seeks relief under ERISA and acknowledges that ERISA governs this action.

6. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. § 1441 (c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dededaux*, 481 U.S. 41 (1987).

7. This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

8. This Court also has diversity jurisdiction under 28 U.S.C. § 1332 as there is complete diversity between the parties. Plaintiff is a resident of and is domiciled in the State of Alabama, and Defendant is an Iowa corporation with its principal place of business in Kansas City, Missouri. The amount in controversy exceeds $75,000.00.

9. This Notice of Removal is being filed within thirty (30) days of service of the Complaint as required by 28 U.S.C. § 1446(b).