IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA HUFFMAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv267-CSC |
| ) | |
| FORTIS BENEFITS INSURANCE CO., ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to amend/correct the complaint (doc. # 8) filed on June 20, 2006. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to amend/correct the complaint (doc. # 8) be and is hereby GRANTED unless within seven (7) days from the date of this order an opposing party files objections.

Done this 10th day of July, 2006.

                                                 /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE