IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA HUFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNION SECURITY INSURANCE )<br>COMPANY f/k/a FORTIS BENEFITS )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION NO.: 2:06-cv-00267-CSC |

### JOINT STIPULATION OF DISMISSAL

The parties, Plaintiff Barbara Huffman and Defendant Union Security Insurance Company f/k/a Fortis Benefits Insurance Company, through counsel undersigned, having reached an amicable resolution of this lawsuit, stipulate that all claims of Plaintiff against Defendant may be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 20 day of October, 2006.

_____
Christopher L. Yeilding
One of the Attorneys for Defendant
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

_____
Mr. R. Willson Jenkins
Attorney for Plaintiff
JESTER & JENKINS
117 E. Mobile Plaza
Florence, Alabama 35630
Telephone: (256) 764-3941
Facsimile: (256) 764-3955

854606.1